UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Erik M. Helbing, Esq.
1328 Second Ave.
Berwick, PA 18603
570-498-5544 (telephone)
570-371-5445 (telecopy)

In Re:

Frances Barrow

| | |
|---|---|
| Case No.: | 19-17145-ABA |
| Chapter: | 13 |
| Adv. No.: | Click or tap here to enter text. |
| Hearing Date: | 5/14/19 @ 10 a.m. |
| Judge: | Andrew B. Altenburg, Jr. |

## CERTIFICATION OF SERVICE

1. I, Erik M. Helbing, Esq.:

    ☒ represent Frances Barrow in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text.in this case and am representing myself.

2. On May 2, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    (1) Order Shortening Time Period for Notice, Setting Hearing, and Limiting Notice; (2) Notice of Motion to Vacate Order of Dismissal; (3) Proposed Order on Motion to Vacate Dismissal of Casel (4) Certification of Counsel in Support of the Debtor's Motion to Vacate Order of Dismissal; and (5) Statement as to Why No Brief is Necessary.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   May 13, 2019                                /s/ Erik M. Helbing
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group, P.C.<br>216 Haddon Ave<br>Suite 400<br>West Mout, NJ 08108-0000 | Attorney for AmeriHome Mortgage | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Express Mail and Telephone<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cenler, FSB<br>425 Philips Blvd<br>Ewing, NJ 08618 | Mortgage Company Servicer (as instrued by secured creditor's counsel) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Express Mail and Telephone<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel Balboa<br>535 Route 38<br>Suite 5<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Express Mail and Telephone<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)        PHONE ( )

HELBING Col. LLC
1328 2-D AVE
BERWICK, PA 18603

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)        PHONE ( )

KML LAW GROUP, P.C.
216 HADDON AVE, SUITE 406
WESTMONT, NJ

ZIP + 4® (U.S. ADDRESSES ONLY)

0 8 1 0 8

☐ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☐ $100.00 insurance included.

E3    060708763 US

UNITED STATES POSTAL SERVICE ®    PRIORITY ★ MAIL ★ EXPRESS™

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 18603 | 5/13/19 | $ 25.50 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 5/2/19 | ☐ 10:30 AM  ☐ 3:00 PM  ☐ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 3:10 ☐ AM ☐ PM | $ | $ | $ |

| Weight ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| lbs.    ozs. | $ | $ 25.50 |

Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996

2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)          PHONE ( )

HELRING W. LLC
1328 2nd Ave
BERLIN, PA 18603

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.

Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE ( )

CENLAR nFSB
425 PHILIPS BLVD
EWING, NJ 08

ZIP + 4® (U.S. ADDRESSES ONLY)
0 8 6 1 8

☐ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☐ $100.00 insurance included.

**UNITED STATES POSTAL SERVICE®**

**PRIORITY ★ MAIL ★ EXPRESS™**

EV 060708785 US
-2 2019

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| ☐ 1-Day | ☐ 2-Day | ☐ Military ☐ DPO |

PO ZIP Code: 18603

Scheduled Delivery Date (MM/DD/YY): 5/3/19

Postage: $25 50

Date Accepted (MM/DD/YY): 5/2/19

Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON

Insurance Fee: $

COD Fee: $

Time Accepted: 3:0 ☐ AM ☐ PM

10:30 AM Delivery Fee: $

Return Receipt Fee:

Live Animal Transportation Fee: $

Weight: ☐ Flat Rate   lbs.   ozs.

Sunday/Holiday Premium Fee: $

Total Postage & Fees: $ 25 50

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, JANUARY 2014          PSN 7690-02-000-9996

2-CUSTOMER COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)      PHONE ( )

HEUBING Col. LLC
1328 2ᴺᴰ AVE
BERWICK, PA 18603

BERWICK PA 18603
-2 2019

EL 060708750 US

**UNITED STATES POSTAL SERVICE** | **PRIORITY ★ MAIL ★ EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.      Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)      PHONE ( )

ISABEL BULBOA
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ

ZIP + 4® (U.S. ADDRESSES ONLY)

0 8 0 0 2 - ____

☐ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☐ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | ☐ 2-Day | ☐ Military | ☐ DPO |
| ☑ 1-Day | | | |

PO ZIP Code: 18603
Scheduled Delivery Date (MM/DD/YY): 5/3/19
Postage: $25.50

Date Accepted (MM/DD/YY): 5/2/19
Scheduled Delivery Time: ☐ 10:00 AM ☐ 3:00 PM ☑ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 3:05 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $ /
Live Animal Transportation Fee: $

Weight: ___ lbs. ___ ozs. ☐ Flat Rate
Sunday/Holiday Premium Fee: $
Acceptance Employee Initials:
Total Postage & Fees: $25.50

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY): ___ Time: ___ ☐ AM ☐ PM  Employee Signature:
Delivery Attempt (MM/DD/YY): ___ Time: ___ ☐ AM ☐ PM  Employee Signature:

LABEL 11-B, JANUARY 2014      PSN 7690-02-000-9996      2-CUSTOMER COPY