```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Erik M. Helbing, Esq.
ID No. 031052006
1328 Second Ave.
Berwick, PA  18603
570-498-5544

In Re:
Frances Barrow

Case No.: 19-17145
Chapter: 13
Adv. No.:
Hearing Date:
Judge: ABA

## CERTIFICATION OF SERVICE

1. I, __Erik M. Helbing, Esq.__ :

   ☒ represent __Debtor__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __May 16, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   This Honorable Court's Order entered on May 14, 2019.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 17, 2019

/s/ Erik M. Helbing
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AmeriHome Mortgage Company, LLC<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08108 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel Balboa<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Credit Acceptance Corporation<br>25505 West 12 Mile Road<br>Southfield, MI 48034 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AmeriHome Mortgage Company, LLC<br>1 Baxter Way<br>Suite 300<br>Thousand Oaks, CA 91362 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, PC<br>216 Haddon Ave.<br>Suite 406<br>Collingswood, NJ 08018 | Counsel for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |